Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 11−18280−RG
           Chapter: 13
           Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Amos A. Campbell
   79 High Street
   Montclair, NJ 07042

   Deanna D. Beedy
   aka Deanna D Beedy−Campbell
   79 High Street
   Montclair, NJ 07042

Social Security No.:
   xxx−xx−2962                                    xxx−xx−7022

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/22/16 at 10:00 AM

to consider and act upon the following:

66 − Motion re: Motion for Approval of Settlement and Disbursement of Settlement Proceeds Filed by David C. Russo on behalf of Amos A. Campbell. (Attachments: # 1 Certification Motion for Approval of Settlement and Disbursement of Settlement Proceeds # 2 Proposed Order Order Authorizing Settlement of Personal Injury Action # 3 Proposed Order Order Approving Settlement and Disbursement of Settlement Proceeds # 4 Certificate of Service # 5 Supplement Notice of Proposed Compromise or Settlement of Controversy) (Russo, David)

Dated: 10/28/16

                                                                James J. Waldron
                                                                Clerk, U.S. Bankruptcy Court