Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 11−18280−RG
                    Chapter: 13
                    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Amos A. Campbell                        Deanna D. Beedy
   79 High Street                             aka Deanna D Beedy−Campbell
   Montclair, NJ 07042                   79 High Street
                                            Montclair, NJ 07042

Social Security No.:
   xxx−xx−2962                             xxx−xx−7022

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on October 26, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 70 − 64
Order Granting Application Authorizing Retention of Felice Law Offices, P.S. as Special Counsel to the Debtors. (Related Doc # 64). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/25/2016. (rah)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 26, 2016
JJW: rah

                                                                               James J. Waldron
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 11-18280-RG
Amos A. Campbell                                                        Chapter 13
Deanna D. Beedy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin           Page 1 of 1           Date Rcvd: Oct 26, 2016
                       Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2016.
sp              Felice Law Offices, P.S.,    505 West Riverside Avenue,    Suite 210,    Spokane, WA  99201-0518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2016 at the address(es) listed below:
              David C. Russo    on behalf of Debtor Amos A. Campbell lawyerrusso@optonline.net,
               deannabuss@gmail.com
              David C. Russo    on behalf of Joint Debtor Deanna D. Beedy lawyerrusso@optonline.net,
               deannabuss@gmail.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                               TOTAL: 5