UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DAVID C. RUSSO, ESQ.
I.D. #:  002741979
RUSSO & RUSSO, P.C.
901 Teaneck Road
Teaneck, NJ 07666
(201) 833-9393
(201) 833-9589 (fax)
Attorney for Debtor

In Re:
AMOS A. CAMPBELL & DEANNA D. BEEDY

Order Filed on October 25, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    11-18280

Chapter:    13

Judge:    _____

# ORDER AUTHORIZING RETENTION OF

## FELICE LAW OFFICES, P.S.

The relief set forth on the following page is **ORDERED**.

**DATED: October 25, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____FELICE LAW OFFICES, P.S._____
as _____professional_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  505 West Riverside Avenue
   Suite 210
   Spokane, Washington 99201-0518

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 11-18280-RG
Amos A. Campbell                                                Chapter 13
Deanna D. Beedy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Oct 26, 2016
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2016.
db/jdb          +Amos A. Campbell,    Deanna D. Beedy,    79 High Street,    Montclair, NJ 07042-2478

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2016 at the address(es) listed below:
              David C. Russo    on behalf of Debtor Amos A. Campbell lawyerrusso@optonline.net,
               deannabuss@gmail.com
              David C. Russo    on behalf of Joint Debtor Deanna D. Beedy lawyerrusso@optonline.net,
               deannabuss@gmail.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
                                                                                               TOTAL: 5