Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 11−18280−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Amos A. Campbell
79 High Street
Montclair, NJ 07042

Deanna D. Beedy
aka Deanna D Beedy−Campbell
79 High Street
Montclair, NJ 07042

Social Security No.:
   xxx−xx−2962                                    xxx−xx−7022

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/22/16 at 10:00 AM

to consider and act upon the following:

*66* − Motion re: Motion for Approval of Settlement and Disbursement of Settlement Proceeds Filed by David C. Russo on behalf of Amos A. Campbell. (Attachments: # 1 Certification Motion for Approval of Settlement and Disbursement of Settlement Proceeds # 2 Proposed Order Order Authorizing Settlement of Personal Injury Action # 3 Proposed Order Order Approving Settlement and Disbursement of Settlement Proceeds # 4 Certificate of Service # 5 Supplement Notice of Proposed Compromise or Settlement of Controversy) (Russo, David)

Dated: 10/28/16

James J. Waldron
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                      Case No. 11-18280-RG
Amos A. Campbell                                            Chapter 13
Deanna D. Beedy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1            Date Rcvd: Oct 28, 2016
                             Form ID: ntchrgbk        Total Noticed: 4

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2016.
db/jdb         +Amos A. Campbell,    Deanna D. Beedy,    79 High Street,    Montclair, NJ 07042-2478
cr            ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:   Ford Motor Credit Company, LLC,    P.O. Box 6275,
                 Dearborn, MI  48121)
sp              Felice Law Offices, P.S.,    505 West Riverside Avenue,    Suite 210,    Spokane, WA  99201-0518
cr             +Midland Credit Management Inc,    2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2016 at the address(es) listed below:
```
          David C. Russo    on behalf of Joint Debtor Deanna D. Beedy lawyerrusso@optonline.net,
           deannabuss@gmail.com
          David C. Russo    on behalf of Debtor Amos A. Campbell lawyerrusso@optonline.net,
           deannabuss@gmail.com
          Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
           mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Marie-Ann Greenberg    magecf@magtrustee.com
```
                                                                                             TOTAL: 5