Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 11−18280−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Amos A. Campbell
79 High Street
Montclair, NJ 07042

Deanna D. Beedy
aka Deanna D Beedy−Campbell
79 High Street
Montclair, NJ 07042

Social Security No.:
xxx−xx−2962

xxx−xx−7022

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/7/16 at 10:30 AM

to consider and act upon the following:

66 − Motion re: Motion for Approval of Settlement and Disbursement of Settlement Proceeds Filed by David C. Russo on behalf of Amos A. Campbell. (Attachments: # 1 Certification Motion for Approval of Settlement and Disbursement of Settlement Proceeds # 2 Proposed Order Order Authorizing Settlement of Personal Injury Action # 3 Proposed Order Order Approving Settlement and Disbursement of Settlement Proceeds # 4 Certificate of Service # 5 Supplement Notice of Proposed Compromise or Settlement of Controversy) (Russo, David)

71 − Objection to Motion for Approval of Settlement and Disbursement of Proceeds (related document:66 Motion re: Motion for Approval of Settlement and Disbursement of Settlement Proceeds Filed by David C. Russo on behalf of Amos A. Campbell. (Attachments: # 1 Certification Motion for Approval of Settlement and Disbursement of Settlement Proceeds # 2 Proposed Order Order Authorizing Settlement of Personal Injury Action # 3 Proposed Order Order Approving Settlement and Disbursement of Settlement Proceeds # 4 Certificate of Service # 5 Supplement Notice of Proposed Compromise or Settlement of Controversy) filed by Debtor Amos A. Campbell) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 11/1/16

James J. Waldron
Clerk, U.S. Bankruptcy Court