UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DAVID C. RUSSO, ESQ.
I.D. #002741979
RUSSO & RUSSO, P.C.
901 Teaneck Road
Teaneck, NJ 07666
(201) 833-9393
(201) 833-9589 (fax)

**Order Filed on April 3, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Amos A. Campbell & Deanna D. Beedy

Case No.: 11-18280

Chapter: 13

Hearing Date:

Judge: RG

## ORDER APPROVING SETTLEMENT AND PARTIAL DISBURSEMENT OF PROCEEDS

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

**DATED: April 3, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1. The $50,000.00 settlement is hereby approved.

2. From $50,000.00 personal injury proceeds being held by the Felice Law Offices, P.S., and in accordance with the Affidavit and Supplemental Affidavit of Roger A. Felice, Esq., Roger A. Felice, Esq. is authorized to pay from the escrow the sum of $20,000.00, representing the firm's 40% legal fee and $1,777.26, representing client cost advanced, with the balance of the funds to be held in trust by the Office of the United States Bankruptcy Trustee Marie-Ann Greenberg pending resolution of the Debtor exemptions.