UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DAVID C. RUSSO, ESQ.
I.D. #002741979
RUSSO & RUSSO, P.C.
901 Teaneck Road
Teaneck, NJ 07666
(201) 833-9393
(201) 833-9589 (fax)

Order Filed on April 3, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Amos A. Campbell & Deanna D. Beedy

Case No.: 11-18280
Chapter: 13
Hearing Date:
Judge: RG

## ORDER APPROVING SETTLEMENT AND PARTIAL DISBURSEMENT OF PROCEEDS

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

**DATED: April 3, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1. The $50,000.00 settlement is hereby approved.

2. From $50,000.00 personal injury proceeds being held by the Felice Law Offices, P.S., and in accordance with the Affidavit and Supplemental Affidavit of Roger A. Felice, Esq., Roger A. Felice, Esq. is authorized to pay from the escrow the sum of $20,000.00, representing the firm's 40% legal fee and $1,777.26, representing client cost advanced, with the balance of the funds to be held in trust by the Office of the United States Bankruptcy Trustee Marie-Ann Greenberg pending resolution of the Debtor exemptions.

Case 11-18280-RG    Doc 85    Filed 04/06/17    Entered 04/07/17 00:35:17    Desc Imaged
Certificate of Notice    Page 2 of 3

United States Bankruptcy Court
District of New Jersey

In re:  
Amos A. Campbell  
Deanna D. Beedy  
    Debtors

Case No. 11-18280-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 04, 2017  
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2017.  
db/jdb          +Amos A. Campbell,    Deanna D. Beedy,    79 High Street,    Montclair, NJ 07042-2478

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2017 at the address(es) listed below:  
       David C. Russo    on behalf of Debtor Amos A. Campbell lawyerrusso@optonline.net, deannabuss@gmail.com  
       David C. Russo    on behalf of Joint Debtor Deanna D. Beedy lawyerrusso@optonline.net, deannabuss@gmail.com  
       Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
                                                                                                                        TOTAL: 5