**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**(973) 227-2840**
**Chapter 13 Standing Trustee**

Order Filed on April 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

AMOS A. CAMPBELL & DEANNA D. BEEDY

**Case No.:  11-18280 RG**

**Hearing Date:  4/19/2017**

# ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 26, 2017**

*Honorable Rosemary Gambardella*
United States Bankruptcy Judge

Debtor(s):  AMOS A. CAMPBELL & DEANNA D. BEEDY
Case No.: 11-18280
Caption of Order:  ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having been opened to the Court on the Trustee's Motion to Dismiss for failure to complete the case in sixty (60) months, and the Court having considered the Trustee's report, it is

ORDERED, that Special Counsel shall turn over $15,000 from the settlement proceeds to the Standing Trustee for the benefit of general unsecured creditors, less applicable trustee commissions; and it is further

ORDERED, that the net balance of the settlement proceeds, after payment of attorney fees and costs pursuant to the Order entered by the Bankruptcy Court on 4/3/17 shall be turned over to the debtor(s); and it is further

ORDERED, that the Standing Trustee's objection to exemptions and disbursement is hereby resolved upon entry of the within order and receipt of the settlement funds of $15,000 as stated above.