**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**(973) 227-2840**
**Chapter 13 Standing Trustee**

Order Filed on April 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

AMOS A. CAMPBELL & DEANNA D. BEEDY

Case No.:  11-18280 RG

Hearing Date:  4/19/2017

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 26, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  AMOS A. CAMPBELL & DEANNA D. BEEDY
Case No.: 11-18280
Caption of Order:  ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having been opened to the Court on the Trustee's Motion to Dismiss for failure to complete the case in sixty (60) months, and the Court having considered the Trustee's report, it is

ORDERED, that Special Counsel shall turn over $15,000 from the settlement proceeds to the Standing Trustee for the benefit of general unsecured creditors, less applicable trustee commissions; and it is further

ORDERED, that the net balance of the settlement proceeds, after payment of attorney fees and costs pursuant to the Order entered by the Bankruptcy Court on 4/3/17 shall be turned over to the debtor(s); and it is further

ORDERED, that the Standing Trustee's objection to exemptions and disbursement is hereby resolved upon entry of the within order and receipt of the settlement funds of $15,000 as stated above.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 11-18280-RG
Amos A. Campbell                                                                                Chapter 13
Deanna D. Beedy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1                Date Rcvd: Apr 26, 2017
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2017.
db/jdb         +Amos A. Campbell,    Deanna D. Beedy,   79 High Street,    Montclair, NJ 07042-2478

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2017 at the address(es) listed below:
              David C. Russo    on behalf of Debtor Amos A. Campbell lawyerrusso@optonline.net,
               deannabuss@gmail.com
              David C. Russo    on behalf of Joint Debtor Deanna D. Beedy lawyerrusso@optonline.net,
               deannabuss@gmail.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               mortonlaw.bcraig@verizon.net,   tfitz@mortoncraig.com;mhazlett@mortoncraig.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                              TOTAL: 5