| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Amos A. Campbell | Social Security number or ITIN  xxx–xx–2962 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Deanna D. Beedy | Social Security number or ITIN  xxx–xx–7022 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:  11–18280–RG | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Amos A. Campbell

Deanna D. Beedy
aka Deanna D Beedy–Campbell

10/26/17

**By the court:** Rosemary Gambardella
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 11-18280-RG
Amos A. Campbell                                                      Chapter 13
Deanna D. Beedy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2            Date Rcvd: Oct 26, 2017
                             Form ID: 3180W           Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2017.
```
db/jdb         +Amos A. Campbell,    Deanna D. Beedy,    79 High Street,    Montclair, NJ 07042-2478
sp              Felice Law Offices, P.S.,    505 West Riverside Avenue,    Suite 210,    Spokane, WA 99201-0518
511782265      +Capital One Bank (USA), N.A.,    c/o Nudelman, Klemm & Golub,    425 Eagle Rock Avenue,
                 Roseland, NJ 07068-1717
511782269       EBI- Patient Pays,    Lockbox #8506,    PO Box 8500,    Philadelphia, PA 19178-8506
511782271       East Orange General Hospital,    c/o QAR,    PO Box 239,    Gibbsboro, NJ 08026-0239
511782270      +East Orange General Hospital,    Mail Processing Center,    2 Broad Street,
                 Bloomfield, NJ 07003-2547
511782272      +Equable Ascent Financial LLC,    c/o Global Credit & Collection,    300 International Drive,
                 PMB #10015,    Williamsville, NY 14221-5781
511782273       Equable Ascent Financial LLC,    c/o Pentagroup Financial, LLC,    35A Rust Lane,
                 Boerne, TX 78006-8202
511782274       Evergreen Emerg. Solutions,    c/o AFS,    PO Box 64488,    Baltimore, MD 21264-4488
511782277       GE Money Bank,    c/o Monarch Recovery Mgmt,    10965 Decatur Road,    Philadelphia, PA 19154-3210
511782278       HESAA- NJCLASS,    PO Box 11961,    Newark, NJ 07101-4961
511782281       Mountainside Hospital,    PO Box 30700,    New York, NY 10087-0700
511782283       New Century Financial Services,    c/o Pressler & Pressler, LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
512053508      +New Jersey Class,    PO Box 538,    Trenton, New Jersey 08625-0538
511782284      +Northland Group, Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
511782286      +The Port Authority of NY/NJ,    c/o Allied Interstate,    PO Box 361535,
                 Columbus, OH 43236-1535
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 26 2017 23:25:48     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 26 2017 23:25:44     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: FORD.COM Oct 26 2017 23:03:00      Ford Motor Credit Company, LLC,    P.O. Box 6275,
                 Dearborn, MI 48121
511782261       EDI: GMACFS.COM Oct 26 2017 23:03:00      Ally,    PO Box 380902,    Bloomington, MN 55438-0902
511816172      +EDI: GMACFS.COM Oct 26 2017 23:03:00      Ally Financial Inc. f/k/a GMAC Inc.,    PO BOX 130424,
                 Roseville, MN 55113-0004
511782262       EDI: AMEREXPR.COM Oct 26 2017 23:03:00      American Express,    PO Box 26312,
                 Lehigh Valley, PA 18002-6312
511782263      +E-mail/Text: egssupportservices@egscorp.com Oct 26 2017 23:25:56     American Express (US),
                 c/o NCO Financial Systems Inc,    507 Prudential Road,    Horsham, PA 19044-2308
512106728       EDI: BECKLEE.COM Oct 26 2017 23:03:00      American Express Bank FSB,    c/o Becket and Lee LLP,
                 POB 3001,    Malvern PA 19355-0701
511922077      +EDI: ACCE.COM Oct 26 2017 23:03:00      Asset Acceptance LLC,    PO BOX 2036,
                 Warren, MI 48090-2036
511782264       EDI: CAPITALONE.COM Oct 26 2017 23:03:00      Capital One,    PO Box 71083,
                 Charlotte, NC 28272-1083
511927366       EDI: CAPITALONE.COM Oct 26 2017 23:03:00      Capital One Bank (USA), N.A.,
                 by American InfoSource LP as agent,    PO Box 71083,    Charlotte, NC 28272-1083
511934814       EDI: CHASE.COM Oct 26 2017 23:03:00      Chase Bank USA, N.A.,    PO Box 15145,
                 Wilmington, DE 19850-5145
511782266       E-mail/Text: bknotice@erccollections.com Oct 26 2017 23:25:51     Chase Bank USA, NA,
                 c/o Enhanced Recovery Corp.,    8014 Bayberry Road,    Jacksonville, F 32256-7412
511782268      +EDI: JEFFERSONCAP.COM Oct 26 2017 23:04:00      Debt Recovery Solutions,
                 c/o Jefferson Capital Systems,    16 McLeland Road,    St. Cloud, MN 56303-2198
511854192       EDI: FORD.COM Oct 26 2017 23:03:00      Ford Motor Credit Company LLC,    Dept 55953,
                 P O Box 55000,    Detroit MI 48255-0953
511782275       EDI: FSAE.COM Oct 26 2017 23:03:00      Firstsource Advantage, LLC,    PO Box 628,
                 Buffalo, NY 14240-0628
511782276       EDI: FORD.COM Oct 26 2017 23:03:00      Ford Credit,    PO Box 220564,
                 Pittsburgh, PA 15257-2564
513237212       EDI: RMSC.COM Oct 26 2017 23:03:00      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
512123293       EDI: RESURGENT.COM Oct 26 2017 23:03:00      GE Money Bank,    c/o B-Line, LLC,    MS 550,
                 PO Box 91121,    Seattle, WA 98111-9221
511854142       EDI: RMSC.COM Oct 26 2017 23:03:00      GE Money Bank,    Attn: Recovery Management Systems Corp,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
511782279      +E-mail/Text: camanagement@mtb.com Oct 26 2017 23:25:29     Hudson City Savings Bank,
                 W 80 Century Road,    Paramus, NJ 07652-1478
516049452       E-mail/Text: camanagement@mtb.com Oct 26 2017 23:25:29     M&T Bank,    P.O.Box 1288,
                 Buffalo, NY 14240-1288
516049453       E-mail/Text: camanagement@mtb.com Oct 26 2017 23:25:29     M&T Bank,    P.O.Box 1288,
                 Buffalo, NY 14240-1288,    M&T Bank,    P.O.Box 1288,    Buffalo, NY 14240-1288
511782280       E-mail/Text: kmoore@beacon-services.com Oct 26 2017 23:25:08     Marriott Employees,
                 c/o Beacon Services, LLC,    PO Box 4597,    Timonium, MD 21094-4597
```

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Oct 26, 2017
                              Form ID: 3180W           Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
511841228       +EDI: MID8.COM Oct 26 2017 23:03:00      Midland Credit Management, Inc.,    2365 Northside Drive,
                 Suite 300,   San Diego, CA 92108-2709
513571556        EDI: AIS.COM Oct 26 2017 23:03:00      Midland Funding LLC,    by American InfoSource LP as agent,
                 PO Box 4457,    Houston, TX 77210-4457
511782282       +E-mail/Text: bankruptcy@certifiedcollection.com Oct 26 2017 23:25:32
                 Mountainside Hospital-Merit Op,    c/o Certified Credit & Collect,    PO Box 336,
                 Raritan, NJ 08869-0336
512762608       +E-mail/Text: bknotice@ncmllc.com Oct 26 2017 23:25:55       National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,   Memphis, TN 38125-1741
512216590        EDI: PRA.COM Oct 26 2017 23:03:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk VA 23541
513885637       +EDI: PRA.COM Oct 26 2017 23:03:00      PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541,    PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
513885636       +EDI: PRA.COM Oct 26 2017 23:03:00      PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541-1067
511782285        EDI: ACCE.COM Oct 26 2017 23:03:00      PSE&G,    c/o Asset Acceptance, LLC,    PO Box 2036,
                 Warren, MI 48090-2036
512106704        EDI: RECOVERYCORP.COM Oct 26 2017 23:03:00      Portfolio Investments I LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
513237213        EDI: RECOVERYCORP.COM Oct 26 2017 23:03:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                               TOTAL: 34

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Midland Credit Management Inc,    2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
513572283*      Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                 Houston, TX 77210-4457
511782267      ##Citibank (South Dakota) NA,    c/o CBE Group,    Payment Processing Center,    PO Box 2695,
                 Waterloo, IA 50704-2695
                                                                                  TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2017 at the address(es) listed below:
              David C. Russo    on behalf of Debtor Amos A. Campbell lawyerrusso@optonline.net,
               deannabuss@gmail.com
              David C. Russo    on behalf of Joint Debtor Deanna D. Beedy lawyerrusso@optonline.net,
               deannabuss@gmail.com
              Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company, LLC
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 5
```